**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| JOHN THOMAS LINKOSKY, | : | No. 10 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| BUREAU OF DRIVER LICENSING, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2020, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

> Where Licensee's operating privilege was suspended in the State of Ohio when he applied for a duplicate Pennsylvania camera card (driver's license), did the Department of Transportation err in denying his application for the duplicate camera card in accordance with the requirements of 75 Pa.C.S. § 1503(a)(1)?